IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 1:24cr24-AW-MAL

KEITHEN L. COBB
_____/

STATEMENT OF FACTS

The Defendant agrees to the following facts and admits that, if this case were to proceed to trial, the Government could prove them beyond a reasonable doubt.

Keithen L. Cobb, Defendant herein, admits that, on or about May 4, 2024, in the Northern District of Florida, knowing he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, a felony, did knowingly possess a Taurus .40 caliber pistol, which previously had been transported in interstate and foreign commerce.

On May 4, 2024, Gainesville Police Department (GPD) officers responded to the area of Alligator Alley due to reports of shots being fired in the area. During their investigation, GPD officers detained the Defendant. Officers discovered the Taurus .40 caliber pistol in the Defendant's pocket while conducting a pat-down search. After officers provided Defendant his Miranda warning, officers asked him whether he knew he was a convicted felon and, therefore, not allowed to possess a firearm.

Filed in Open Court
11-6-24
Clerk, U.S. District Court
Northern District of Florida

The Defendant responded affirmatively, acknowledging that he knew he could not possess a gun but needed to protect himself.

**Felony convictions**

On or about June 25, 2008, the defendant was convicted in the State of Florida of strong-armed robbery. On or about August 26, 2013, the defendant was convicted of principal to robbery with a firearm. On or about October 15, 2019, the defendant was convicted of introducing contraband into a state prison. Each of these offenses is punishable by imprisonment for more than one year. At the time of the charged firearm possession, the Defendant was aware that he had been convicted of a felony.

**Forfeiture**

The .40 caliber Taurus pistol listed in the Indictment was illegally possessed by the Defendant as charged in the Indictment.

## ELEMENTS

**Possession of Firearm by a Convicted Felon**

(1) The defendant knowingly possessed a firearm or ammunition;
(2) At the time of the charged act, the defendant had previously been convicted of a crime punishable by imprisonment for more than one year;
(3) At the time of the charged act, the defendant knew that he had been convicted of such an offense; and
(4) The firearm or ammunition had been transported in interstate or foreign commerce.

_____
DARREN JOHNSON
Attorney for Defendant

_____
KEITHEN L. COBB
Defendant

11/6/2024
_____
Date

JASON R. COODY
United States Attorney

_____
ERIC W. WELCH
Assistant United States Attorney

11/6/24
_____
Date

3